# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In re __Peter D Hackinen__,        Case No. __09-17051__

**TRANSFER OF CLAIM FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage | MetLife Home Loans c/o McCarthy & Holthus, LLP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Nationstar Mortgage
    PO Box 829009
    Dallas, TX 75382-9009

Phone: 888-480-2432
Last Four Digits of Acct #: __1923__

Court Claim # (if known): __9__
Amount of Claim: __277305.13__
Date Claim Filed: __11/24/2009__

Phone: _____
Last Four Digits of Acct. #: __7043__

Name and Address where transferee payments should be sent (if different from above):

    Nationstar Mortgage
    350 Highland Dr
    Lewisville, TX 75067

Phone: 888-480-2432
Last Four Digits of Acct #: __1923__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ James Cloud__      Date: __11/16/2011__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE

I, __James Cloud_____, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on or before this __21st__ day of __November__, __2011__:

Debtors' Attorney
CHRISTINA LATTA HENRY
SEATTLE DEBT LAW LLC
705 2ND AVE STE 501
SEATTLE, WA 98104-1715
206-324-6677
chenry@seattledebtlaw.com

Debtors
PETER D HACKINEN
624 N 138TH ST
SEATTLE, WA 98133-7423

Trustee
K MICHAEL FITZGERALD
600 UNIVERSITY ST STE 2200
SEATTLE, WA 98101-4152
206-624-5124

Case Number: 09-17051                    _____/s/James Cloud_____
                                                     James Cloud

NOTICE TO TRANSFER CLAIM